# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X
IAN MC PARLAND

                    **Plaintiff**

                                        **JUDGMENT IN A CIVIL CASE**

-against-

                                        Case Number:    **CV-17-1439-AKT**

COUNTY OF NASSAU,
HECTOR ROSARIO,
AND JAMES NELLIS

                    **Defendants**
---------------------------------------------------X

  **X**    **Jury Verdict.**   This action came before the Court for a trial by jury.  The issues have been tried, and the jury has rendered its verdict.

         **Decision by Court.**   This action came to trial/hearing before the Court.  The issues have been tried/heard, and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that the plaintiff, **IAN MC PARLAND** be AWARDED COMPENSATORY DAMAGES **as to the Alleged Federal Section 1983 False Arrest Claim and as to the Alleged New York State Common Law Negligence Claim** IN THE AMOUNT OF **$10,000.00** for his loss of liberty, pain and suffering, emotional distress and economic losses proximately caused by the actions of defendant Hector Rosario and/or James Nellis in arresting plaintiff on April 20, 2016 from the Defendants, NASSAU COUNTY, HECTOR ROSARIO AND/OR JAMES NELLIS.

Dated:    Central Islip, New York                           DOUGLAS C. PALMER
             September 12, 2019                               Clerk of Court

                                                               /s/ Mary Ryan
                                                               By: Mary Ryan, Deputy Clerk